## DEUTSCHE BANK NATIONAL TRUST COMPANY, etc., Appellant,

v.

## Thomas G. MOORE, Catherine Moore, et al., Appellees.

### No. 5D15–2222.

District Court of Appeal of Florida, Fifth District.

Nov. 18, 2016.

Dean A. Morande and Michael K. Winston, of Carlton Fields Jorden Burt, P.A., West Palm Beach, for Appellant.

Beau Bowin, of the Bowin Law Group, Satellite Beach, for Appellee Thomas G. Moore.

No Appearance for other Appellees.

### ON CONFESSION OF ERROR

PER CURIAM.

Pursuant to Appellee's Confession of Error, the circuit court's Final Judgment Adopting Order Granting Motion for Directed Verdict, rendered August 10, 2015, is reversed and this cause is remanded to the circuit court for further proceedings.

REVERSED and REMANDED.

LAWSON, C.J., PALMER and LAMBERT, JJ., concur.